**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | **Civil Action No. 05-1310 (RJL)** |
| **BARACK OBAMA,** *et al.,* | ) ) ) | |
| Respondents. | ) | |

## ORDER
(March 2**5**, 2009)

Upon consideration of petitioner's Motion for Order Directing Expedited Review and Unclassified Filing of Traverse and Supporting Exhibits, filed with the Court through the Court Security Office on March 24, 2009, it is hereby

**ORDERED** that the relevant agencies provide expedited review and unclassified filing of the petitioner's Traverse and supporting exhibits filed on March 16 2009.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1